57309. THE STATE v. BURROUGHS.

CARLEY, Judge.
In accordance with the opinion of the Supreme Court in *State v. Burroughs,* 246 Ga. 393 (271 SE2d 629) (1980), our opinion in *State v. Burroughs,* 152 Ga. App. 571 (263 SE2d 551) (1979) is vacated and our decision in *State v. Burroughs,* 149 Ga. App. 183 (254 SE2d 144) (1979) is hereby reinstated.

*Judgment affirmed. Quillian C. J., and Shulman, P. J., concur.*

DECIDED JANUARY 12, 1980.

*Hinson McAuliffe, Solicitor, Charles R. Hadaway, Assistant Solicitor,* for appellant.
*Steve W. Reighard,* for appellee.